UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HEATHER PUFFPAFF,

    Plaintiff,

v.

SCOTT LABISH, *et al.*

    Defendants.
    _____/

Case No. 18-10453

Honorable Nancy G. Edmunds

## ORDER DISMISSING PLAINTIFF'S STATE LAW CLAIMS

Plaintiff filed this civil rights lawsuit against two officers employed by the Macomb County Sheriff's Office and Macomb County. The Complaint alleges violations of the United States Constitution and 42 U.S.C. § 1983. Additionally, there are two state law claims arising under Michigan law.

Seeing as the parties to this matter are non-diverse, this Court declines to exercise supplemental jurisdiction over the latter claims so as to avoid jury confusion. *See* 28 U.S.C. § 1367(c); *Moor v. Alameda Cnty.*, 411 U.S. 693, 716 (1973); *Padilla v. City of Saginaw*, 867 F. Supp. 1309, 1315 (E.D. Mich. 1994). Thus, pursuant to 28 U.S.C. § 1367(c), all of Plaintiff's claims based on state law, including all claims found in Counts Three through Four, are hereby DISMISSED WITHOUT PREJUDICE. This Court will retain jurisdiction over Plaintiff's federal claims only.

SO ORDERED.

                                       s/Nancy G. Edmunds
                                       Nancy G. Edmunds
                                       United States District Judge

Dated: March 7, 2018

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 7, 2018, by electronic and/or ordinary mail.

                                       s/Lisa Bartlett
                                       Case Manager